**FILED**
AT LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

MAY 2 3 2014

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 14-1662 KG |
| | ) | |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(D): |
| | ) | Possession with Intent to Distribute |
| ADRIAN LOPEZ, | ) | Marijuana; 18 U.S.C. § 2:  Aiding and |
| | ) | Abetting |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

On or about February 27, 2014, in Luna County, in the District of New Mexico, the defendant, **ADRIAN LOPEZ**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, marijuana.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), and 18 U.S.C. § 2.

DAMON P. MARTINEZ
Acting United States Attorney

MARK A. SALTMAN
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM  88011
(575) 522-2304