IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ADRIAN LOPEZ**,<br><br>Defendant. | CR NO. 14-1662 KG |

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 0 9 2014   cao
2:45 p

MATTHEW J. DYKMAN
**CLERK**

### ORDER DISMISSING INDICTMENT

**THIS MATTER** having come before the Court on the written Motion of the United States, for an Order dismissing the Indictment as to Defendant, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED that the Indictment is hereby dismissed without prejudice as to Defendant **ADRIAN LOPEZ**.

_____
HONORABLE KENNETH J. GONZALES
UNITED STATES DISTRICT JUDGE