FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 1 1 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              CR No. 14-1662 KG

ADRIAN LOPEZ,

    Defendant.

## ORDER TERMINATING PROBATION

Defendant, through his attorney, Darcy Riley, Assistant Federal Public Defender, having filed a motion seeking an early termination of probation; the Court having reviewed the motion, and having been advised that the Assistant U.S. Attorney does not oppose the motion. The Court thus being fully advised in the premises, now enters the following Order:

IT IS HEREBY ORDERED that Defendant's probation is terminated.

UNITED STATES DISTRICT JUDGE